## STATE v. JOSHUA GILPIN and THOMAS GILPIN.

Court of Chancery.   New Castle.   August, 1817.

*Ridgely's Notebook I, 229.*

## TATEM and CANBY v. GILPIN and GILPIN.

Court of Chancery.   New Castle.   August 27, 1817.

*Ridgely's Notebook I, 234.*

## JOHN VAN DYKE, ABRAHAM VAN DYKE, THOMAS ROB-INSON and SUSAN, his Wife, late Susan Van Dyke, and ELIZA VAN DYKE v. KENSEY JOHNS, Esq.

Court of Chancery.   New Castle.   September 5, 1817.

*Ridgely's Notebook I, 237.*

## JOSEPH TERRAPINE and ROWLAND SMITH v. RICHARD C. DALE.

Court of Chancery.   New Castle.   October, 1817.

*Ridgely's Notebook I, 239.*